446 A.2d 691

Commonwealth, Appellant v. Kugler.

Argued November 17, 1981. Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellant; Henry W. Kugler, appellee, in propria persona.

Before CERCONE, P. J., and McEWEN and HOFFMAN, JJ.

Order affirmed.

446 A.2d 691

Commonwealth v. Lambert, Appellant.

Submitted March 31, 1981. Robert David Bacher, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and HESTER and JOHNSON, JJ.

Judgment of sentence affirmed.